# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
### No. 17-2030V
### Filed: March 4, 2019
UNPUBLISHED

MARISSA BIALEK,

                    Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                    Respondent.

Special Processing Unit (SPU);
Ruling on Entitlement; Concession;
Table Injury; Influenza (Flu) Vaccine;
Shoulder Injury Related to Vaccine
Administration (SIRVA)

*Leah VaSahnja Durant, Law Offices of Leah V. Durant, PLLC, Washington, DC, for
petitioner.*
*Alexis B. Babcock, U.S. Department of Justice, Washington, DC, for respondent.*

## RULING ON ENTITLEMENT[1]

**Dorsey**, Chief Special Master:

On December 26, 2017, petitioner filed a petition for compensation under the
National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the
"Vaccine Act").  Petitioner alleges that she suffered a shoulder injury related to vaccine
administration ("SIRVA") as a result of an influenza vaccination received on October 15,
2016.  Petition at 1.  The case was assigned to the Special Processing Unit of the Office
of Special Masters.

On March 1, 2019, respondent filed his Rule 4(c) report in which he concedes
that petitioner is entitled to compensation in this case.  Respondent's Rule 4(c) Report
at 1.  Specifically, respondent states that the Division of Injury Compensation Programs

---

[1] Because this unpublished ruling contains a reasoned explanation for the action in this case, the
undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with
the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of
Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to
identify and move to redact medical or other information, the disclosure of which would constitute an
unwarranted invasion of privacy.  If, upon review, the undersigned agrees that the identified material fits
within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.  Hereinafter, for
ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. §
300aa (2012).

("DICP") "has determined that petitioner's left shoulder injury is consistent with an on-Table SIRVA related to the flu vaccine she received on October 15, 2016." *Id.* at 4. Respondent further agrees that DICP did not identify other causes for petitioner's SIRVA, petitioner suffered the sequela of her injury for more than six months, and petitioner meets the statutory requirements for entitlement to compensation. *Id* at 4-5*.*

**In view of respondent's position and the evidence of record, the undersigned finds that petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Nora Beth Dorsey**</u>
Nora Beth Dorsey
Chief Special Master